IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NAPOLEAN Y., JR.,

      Plaintiff,

v.                        Civil Action No. 3:22-CV-718 (RCY)

MARTIN O'MALLEY,
*Commissioner of the Social Security Administration*,

      Defendant.

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Objection of Plaintiff is OVERRULED;

2. The Report and Recommendation of the Magistrate Judge (ECF No. 22) is ACCEPTED and ADOPTED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 16) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

                                            /s/ RCY
                                        Roderick C. Young
Richmond, Virginia                United States District Judge
Date: March 11, 2024